UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cr-00190-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>)<br>Vs. )<br>)<br>LUIS MIGUEL TORRES-MENDOZA, )<br>Register No. 27610-058 )<br>         Defendant. ) | ORDER |

**THIS MATTER** is before the court on the request of the Bureau of Prisons for a determination under <u>Setser v. United States</u>, ___ U.S. ___, 132 S.Ct. 1463 (2012) as to whether the court intended defendant's sentence to be run concurrent or consecutive to a state sentence that, while anticipated, had not been imposed at the time of the federal sentencing. After consideration of the request from BOP and all of the materials contained in this court's docket, the court determines that the federal sentence should be run concurrent with the state term.

**ORDER**

**IT IS, THEREFORE, ORDERED** that upon inquiry from the Bureau of Prisons, the Attorney General and the Chief of the Designation and Sentence Computation Center, is advised that the federal sentence should be run concurrent with the state term.

The Clerk of Court is directed to <u>immediately</u> email a copy of this Order to the Bureau of Prisons at the following address: gra-dsc/teamcharlie@bop.gov.

Signed: December 30, 2014

Max O. Cogburn Jr.
United States District Judge